**Nicholas A. Ritrovato**
9 Wesley Park
Somerville, MA 02143
Mobile: (617) 767-2056
Home: (617) 764-5181
nicholas_ritrovato@yahoo.com

April 2, 2023

John Joseph Moakley U.S. Courthouse
The Honorable Judge Patti B. Saris
1 Courthouse Way
Boston, MA 02210

RE: Ritrovato v. McArthur Case #: 1-23-CV-10301-PBS

Judge Saris,

My initial complaint indicates that some $550,000.00 in fraud occurred. When applying 7% interest compounded annually we arrive at the relief sought, principle plus interest and compensatory damages, in the complaint of $3,000,000.00.

In order to present clear and convincing evidence that the fraud occurred and that TD Bank is responsible the plaintiff requires pre-trial subpoena. In addition plaintiff seeks discovery to ascertain any damages beyond which have been otherwise reported by gift givers.

Since plaintiff is pro se in order to subpoena the defendant, TD Bank, a judge's signature and the courts participation is required. I am requesting Judge Saris's signature and service of the attached subpoena on the defendant.

Best regards,

*N.A. Ritrovato, III*

Nicholas Ritrovato

Nicholas A. Ritrovato, III
9 Wesley Park
Somerville, MA 02143



BOSTON MA 020

IN CLERKS OFFICE APR 2023 PM 3 L

2023 APR -5 PM 12:00

02210-301035

John Joseph Moakley U.S. Courthouse
The Honorable Judge Patti B. Saris
1 Courthouse Way
Boston, MA 02210