NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

ELIZABETH FEGREUS
DIRECT DIAL: +1 857 488 4214
PERSONAL FAX: +1 857 401 3017
E-MAIL: EFegreus@duanemorris.com

www.duanemorris.com

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

FILED
CLERKS OFFICE
2023 APR 27 AM 11: 46
DISTRICT COURT
DISTRICT OF MA

April 24, 2023

*VIA CERTIFIED MAIL*

Hon. Patti B. Saris
C/O Maryellen Molly, Courtroom Clerk
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:    <u>Ritrovato v. McArthur et al., C.A. 1:23-CV-10301-PBS</u>

Dear Judge Saris:

    On behalf of TD Bank, N.A. ("**TD Bank**"), we submit this objection to Plaintiff Nicholas A. Ritrovato's ("**Plaintiff**") letter to the Court requesting the issuance of a subpoena to serve on TD Bank. *See* Dkt. #5. Plaintiff's request is premature and should be denied for two reasons.

    First, Plaintiff has not yet obtained a summons to serve on TD Bank or the co-defendants in this matter. Thus, the matter is not ripe for a Rule 26(f) conference as there is no scheduling conference or order on the docket.[1]

    Second, Plaintiff failed to provide any basis under Rule 26(d)(1) to seek discovery from TD Bank prior to the parties' conference under Rule 26(f). Discovery prior to a Rule 26(f) conference is permitted only "in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order." Fed. R. Civ. P. 26(d)(1). None of these limited exceptions apply to this case. This case is not exempted from initial disclosures. Plaintiff has not identified any rule that would authorize early discovery. TD

---

[1] Should Plaintiff obtain and serve TD Bank with a summons, TD Bank anticipates seeking dismissal of the Complaint pursuant to Rule 12(b)(6) because Plaintiff's claims are time barred. Accordingly, TD Bank reserves all rights to seek a stay of any discovery while such motion is pending.

DUANE MORRIS LLP
100 HIGH STREET, SUITE 2400   BOSTON, MA 02110-1724    PHONE: +1 857 488 4200   FAX: +1 857 488 4201



Hon. Patti B. Saris
April 24, 2023
Page 2

Bank has not stipulated to early discovery. And, there is no court order that authorizes early discovery.

While TD Bank recognizes that Plaintiff is *pro-se*, the Rules of Civil Procedure do not support his requests for a subpoena at this stage. Respectfully, TD Bank requests that the Court deny Plaintiff's request for early discovery as premature.

                                          Respectfully,

                                          *Elizabeth Fegreus/mef*

                                          Elizabeth Fegreus

cc:    Nicholas A. Ritrovato
        Michael Zullo, Esq.

DM1\14093953.3

ELIZABETH FEGREUS
DUANE MORRIS LLP
100 HIGH STREET, SUITE 2400
BOSTON, MA 02110-1724





CERTIFIED MAIL

9414 7266 9904 2187 1651 95

US POSTAGE PITNEY BOWES
ZIP 02110 $ 008.10
02 4W
0000385699 APR 25 2023



USMS SCREENED

Hon. Patti B. Saris
C/O Maryellen Molly, Courtroom Clerk
John Joseph Moakley U.S. Courthouse 1 Courthouse Way, Suite 2300
Boston, MA 02210

02210-302599