Nicholas A. Ritrovato
9 Wesley Park
Somerville, MA 02143
Mobile: (617) 767-2056
Home: (617) 764-5181
nicholas_ritrovato@yahoo.com

FILED
IN CLERKS OFFICE

2023 MAY -1 AM 6: 37

U.S. DISTRICT COURT
DISTRICT OF MASS.

April 27, 2023

The Honorable Judge Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

## Re: Ritrovato v. McArthur Case #: 1-23-CV-10301-PBS

Judge Saris,

Attorney Fegreus has received notice of my request for discovery from TDBank N.A. In emails dated March 8, 2023, and March 15, 2023. I had offered to meet with Attorney Fegreus in those emails in an effort to come to an agreed upon settlement amount. I have identified the bank fraud amounts having stated a claim of $3,000,000.00 in principle, interest and compensatory damages in my initial complaint. I included copies of complaint and proposed subpoena to acquire account records and ballpark ideas about the amounts involved.

Attorney Fegreus stated in her objection letter that she intended on seeking dismissal of my claim for failure to state a claim upon which relief can be granted in a timely way. I have done this regarding known circumstances and requested clarifying information in a stipulation to come to an agreeable settlement amount. If the Court is encouraging a settlement the Court should grant discovery and overrule attorney Fegreus' objection. I object to her objection for all the aforementioned. In addition attorney Fegreus has given me a waiver of service of summons which I delivered to the clerk which was not accepted by the court on March 16, 2023.

I will remind the court and TDBank that the money in TDBank given as gifts for my graduation were irrevocable gifts and the money is my property. I own that money! I should receive every effort in identifying the appropriate amounts and arranging a settlement.

Best regards,

*N.A. Ritrovato, III*

Nicholas Ritrovato

CC: Michael Zullo
Elizabeth Fegreus

Nicholas A. Ritrovato, III
9 Wesley Park
Somerville, MA 02143

BOSTON MA 020

27 APR 2023 PM 2 L

USMS SCREENED



The Honorable Judge Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

02210-301035