**Nicholas A. Ritrovato**
9 Wesley Park
Somerville, MA 02143
Mobile: (617) 767-2056
Home: (617) 764-5181
nicholas_ritrovato@yahoo.com

FILED
IN CLERKS OFFICE

2023 MAY -8 PM 1: 03

U.S. DISTRICT COURT
DISTRICT OF MA

May 6, 2023

The Honorable Judge Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: <u>Ritrovato v. McArthur Case #: 1-23-CV-10301-PBS</u>

Judge Saris,

With regard to the order dismissing Case # 1-23-CV-10301-PBS before the court filed and dated 5/4/2023 and signed by the court by Marellen Molloy the Deputy Clerk, I object.

My objection is simply that the case represents a tort claim recovery of personal property, irrevocable gift that was converted and bank fraud was how it was converted. The case should be heard, a judgment should be ordered.

I will remind the court and TDBank again that the money that was deposited in TDBank given as gifts for my graduation were irrevocable gifts and the money is my property. I own that money! I should receive every effort in identifying the appropriate amounts by subpoena and arranging a settlement or seeking relief in the court.

In the Memorandum and Order dated May 4, 2023 and signed by Judge Sari the court shirks jurisdiction. However, in committing bank fraud Dave was able to take my property (college graduations gifts). Dave took personal property, bank fraud was how. As one would discover Dave's behavior enriching him-self at my expense was recidivistic, Dave is in no way immune.

In using the court's Pro-se 1 form I had no intention of making any claim of diversity of citizenship, I inadvertently included the amount of the claim, a recoverable claim, in box 3 under that section. It is, however, my assertion that the federal courts could in no way shirk jurisdiction of a tort claim for personal property recovery where the bank systems, and the means and instrumentalities are used to convert property regardless of the location of the bank.

I should have available civil cause for action in this tort claim recovering my personal property-irrevocable gifts. Bank fraud is merely a statutorily prohibited activity that by violating a federal law raises a federal question. This tort matter was mentioned in my statement of claim and relief sought in filing the complaint and restated in my objections two times.

Best regards,

*N.A. Ritrovato, III*

Nicholas Ritrovato